# Court of Appeals
## Tenth Appellate District of Texas

### 10-26-00159-CR

In re Steve O'Neal Green

### Original Proceeding

JUSTICE SMITH delivered the opinion of the Court.

### MEMORANDUM OPINION

Steve O'Neal Green, proceeding pro se, filed a petition for writ of habeas corpus in this Court "ask[ing] for assistance of this Court to pursue bail pending appeal" following his conviction and ten-year prison sentence in trial court cause number 23-04189-CRF-272.[1] He claims that he is illegally restrained in violation of his due process rights.

Intermediate appellate courts do not have original habeas corpus jurisdiction in criminal law matters. *See* TEX. GOV'T CODE ANN. § 22.221(d). Jurisdiction to grant a writ of habeas corpus in a criminal case vests with the Court of Criminal Appeals, the district courts, the county courts, or any judge

---

[1] The direct appeal from this conviction and sentence is currently pending in this Court in cause number 10-25-00147-CR.

in those courts.  *See* TEX. CODE CRIM. PROC. ANN. art. 11.05; *Ex parte Braswell*, 630 S.W.3d 600, 601-02 (Tex. App.—Waco 2021, orig. proceeding).[2]

Accordingly, we dismiss Green's petition for writ of habeas corpus for want of jurisdiction.

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  May 7, 2026

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Petition dismissed
Do Not Publish
OT06



---

[2] We note that even if we had jurisdiction to consider Green's claim, his ten-year prison sentence makes him ineligible for bail pending appeal.  TEX. R. APP. P. 44.04(b) ("The defendant may not be released on bail pending the appeal from any felony conviction where the punishment equals or exceeds 10 years confinement[.]").